**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MARYLAND**

NATASHA COLLOVA *

*Plaintiff,* *

v. * Case No.: 1:26-cv-4731

GWR PERRYVILLE, LLC, *et al.*, *

*Defendants*. *

* * * * * * * * * * *

**NOTICE OF REMOVAL**

COMES NOW Defendant, ProSlide Technology, Inc. ("ProSlide"), the removing party, and for its Notice of Removal pursuant to 28 U.S.C., § 1332 and 28 U.S.C., § 1441, respectfully states to this Court as follows:

**A. FACTUAL BACKGROUND**

1. This is a civil action currently pending in the Circuit Court for Cecil County, Maryland, under the case caption *Natasha Collova vs. GWR Perryville, LLC, Great Lakes Services, LLC, and ProSlide Technology, Inc.,* Case No. C-07-CV-26-000353.

2. Without admitting the truth of the allegations, Defendant, ProSlide, is alleged to be responsible for the alleged injuries, damages, and losses suffered by plaintiff on the Mountain Edge Raceway waterslide at Great Wolf Lodge resort and indoor waterpark in Perryville, Maryland, which was allegedly designed and manufactured by ProSlide.

3. ProSlide was served in the underlying matter with plaintiff's Amended Complaint and has not yet filed an Answer.

4. A copy of the plaintiff's Amended Complaint, along with all other pleadings filed in the Circuit Court for Cecil County, Maryland in this matter, are attached as Exhibit A.

**B. PROCEDURAL REQUIREMENTS FOR REMOVAL**

5. ProSlide accepted service of plaintiff's Amended Complaint on October 22, 2026.

6. This Petition for Removal is filed within 30 days of service pursuant to 28 U.S.C. § 1446(b).

7. Written notice of the filing of this Petition for Removal is being provided to all parties of record, and Notice of Filing of Notice of Removal is being concurrently filed with the Clerk of the Circuit Court of Cecil County, Maryland, in accordance with 28 U.S.C. § 1446(d). A copy of the Notice of Filing of Notice of Removal is attached as Exhibit B.

8. No defendant who has been served to date is a citizen of Maryland as required by 28 U.S.C. § 1441(b)(2).

**C. DIVERSITY JURISDICTION: 28 U.S.C. § 1332**

9. Pursuant to 28 U.S.C. § 1441(a), a party has a right of removal to federal district court where an action is brought in state court over which the district court has original jurisdiction.

10. ProSlide's removal of this action is based upon diversity of citizenship pursuant to 28 U.S.C. § 1332 which provides, in relevant part "…the district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000 . . . and is between . . . citizens of different States."

11. Plaintiff, Natasha Collova is a resident of Bergen County, New Jersey. (See plaintiff's Amended Complaint at ¶ 7).

12. Defendant ProSlide is a foreign for-profit corporation.

13. Defendant GWR Perryville, LLC. is a Delaware limited liability corporation with its principal place of business in Madison, Wisconsin. (See plaintiff's Amended Complaint at ¶ 8, and Caption).

14. Defendant Great Lakes Services, LLC. is a Delaware limited liability corporation with its principal place of business in Chicago, Illinois. (See plaintiff's Amended Complaint at ¶ 9, and Caption).

15. In her Amended Complaint, plaintiff "…demands judgment against Defendants and seeks damages in excess of seventy-five thousand dollars ($75,000) and all other available relief" and furthermore demands those same damages against ProSlide individually (See plaintiff's Amended Complaint at pg. 7, 10).

16. Accordingly, this Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332, as is there is diversity of citizenship and the amount in controversy exceeds $75,000.

WHEREFORE, ProSlide Technology, Inc. hereby gives notice this action is removed from the Circuit Court for Cecil County, Maryland to the United States District Court for the Northern District of Maryland, and ProSlide Technology, Inc. requests this Court to exercise jurisdiction over this action as though it had been originally instituted herein.

Respectfully Submitted,

/s/ *Michael A. Cuches*

Michael A. Cuches (Bar #13895)
CHARTWELL LAW LLP
One Park Place, Suite 425
Annapolis, Maryland 21401
Tel: (443) 443-8499
Fax: (443) 720-6934
Email: mcuches@chartwelllaw.com
*Counsel for Defendant ProSlide Technology, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 13th day of November, 2026, a copy of the foregoing Notice of Removal was sent via First-Class mail, postage prepaid, to:

Kylie Tejera, Esquire
Nathaniel Foote, Esquire
Andreozzi + Foote
4503 N. Front Street
Harrisburg, Pennsylvania 17110
*Counsel for Plaintiff Natasha Collova*

Daniel Trujillo Esmeral
O'Hagan Meyer, PLLC
225 Reinekers Lane, Suite 300
Alexandria, VA 22314
*Counsel for GWR Perryville, LLC*
*and Great Lakes Services, LLC*

Heather Eichenbaum (*Special Admission pending*)
Spector Gadon Rosen Vinci P.C.
One Logan Square, Suite 1800
130 N. 18th Street
Philadelphia, PA 19103
*Counsel for GWR Perryville, LLC*
*and Great Lakes Services, LLC*

*/s/ Michael A. Cuches*
Michael A. Cuches, Esquire