E-FILED; Cecil Circuit Court
Docket: 7/23/2026 4:59 PM; Submission: 7/23/2026 4:59 PM
Envelope: 27491839

| | | |
|---|---|---|
| **NATASHA COLLOVA,**<br>951 Garibaldi Place<br>Township of Washington, NJ 07676<br><br>*Plaintiff,*<br><br>v.<br><br>**GREAT WOLF RESORTS, INC.,**<br>350 N. Orleans Street<br>Chicago, IL 60654<br><br>**Serve:** Cogency Global, Inc.<br>1519 York Road<br>Lutherville, MD 21093<br><br>AND<br><br>**GREAT WOLF LODGE OF PERRYVILLE,**<br>1240 Chesapeake Overlook Parkway<br>Perryville, MD 21903<br><br>**Serve:** Cogency Global, Inc.<br>1519 York Road<br>Lutherville, MD 21093<br><br>AND<br><br>**GWR PERRYVILLE, LLC,**<br>1255 Fourier Drive<br>Suite 201<br>Madison, WI 53717<br><br>**Serve:** Cogency Global, Inc.<br>1519 York Road<br>Lutherville, MD 21093<br><br>AND | * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | IN THE<br><br>CIRCUIT COURT FOR<br><br>CECIL COUNTY,<br><br>MARYLAND<br><br>Case No. C-07-CV-26-000353 |

| | |
|---|---|
| **GREAT LAKES SERVICES, LLC,** | * |
| 350 N. Orleans Street | * |
| Suite 10000B | * |
| Chicago, IL 60654 | * |
| | * |
| **Serve:** Cogency Global, Inc. | * |
| 1519 York Road | * |
| Lutherville, MD 21093 | * |
| | * |
| *Defendants*. | * |

## COMPLAINT

**COMES NOW**, Plaintiff Natasha Collova, by and through counsel, Andreozzi + Foote, and files this suit against Defendant Great Wolf Resorts, Inc., Defendant Great Wolf Lodge of Perryville, Defendant GWR Perryville, LLC, and Defendant Great Lakes Services, LLC, (collectively, "Defendants") requesting a trial by jury, and respectfully alleges as follows:

## PRELIMINARY STATEMENT

1. This action arises from the negligence of Defendant Great Wolf Resorts, Inc. ("Great Wolf Resorts"), Defendant Great Wolf Lodge of Perryville ("Great Wolf Lodge of Perryville"), Defendant GWR Perryville, LLC ("GWR Perryville") and Defendant Great Lakes Services, LLC ("Great Lakes") in the ownership, operation, management, maintenance, supervision, and control of the Mountain Edge Raceway water slide attraction at the Great Wolf Lodge resort and indoor water park in Perryville, Maryland.

2. While lawfully using the attraction as intended on March 19, 2024, Plaintiff sustained serious and permanent injuries as a direct and proximate result of Defendants' negligence.

3. Plaintiff brings this action to recover all damages available under Maryland law resulting from Defendants' negligence.

## JURISDICTION AND VENUE

4. This Court has personal jurisdiction over Defendants pursuant to Md. Code Ann., Cts. & Jud. Proc. §§ 6-102(a) and 6-103(b).

5. This Court has subject matter jurisdiction over this action pursuant to Md. Code Ann., Cts. & Jud. Proc. § 1-501.

6. Venue is proper in the Circuit Court for Cecil County pursuant to Md. Code Ann., Cts. & Jud. Proc. § 6-201, as the cause of action arose out of tortious conduct occurring within this jurisdiction.

## PARTIES

7. Plaintiff is an adult individual and resident of the Township of Washington, New Jersey.

8. Great Wolf Resorts is a corporation organized and existing under the laws of the State of Delaware with its principal place of business in Chicago, Illinois. Upon information and belief, Great Wolf Resorts owns, operates, directs, controls, and/or exercises authority over the Great Wolf Lodge family of resorts, including the Great Wolf Lodge resort and indoor water park located in Perryville, Maryland, through its subsidiaries, affiliates, and related entities.

9. Great Wolf Lodge of Perryville is a business entity authorized to conduct business in the State of Maryland. At all times relevant hereto, Great Wolf Lodge of Perryville owned, operated, managed, maintained, supervised, and/or controlled the Great Wolf Lodge resort and indoor water park located at 1240 Chesapeake Overlook Parkway, Perryville, Maryland 21093, including the Mountain Edge Raceway water slide attraction.

10. GWR Perryville is a limited liability company authorized to conduct business in the State

of Maryland. At all times relevant hereto, GWR Perryville owned and/or operated the Great Wolf Lodge resort and indoor water park located at 1240 Chesapeake Overlook Parkway, Perryville, Maryland 21903.

11. Great Lakes is a limited liability company authorized to conduct business in the State of Maryland. At all times relevant hereto, Great Lakes oversaw, managed, directed, and/or exercised control over GWR Perryville and the Great Wolf Lodge resort and indoor water park located at 1240 Chesapeake Overlook Parkway, Perryville, Maryland 21903.

## **FACTUAL ALLEGATIONS**

12. Plaintiff incorporates by reference the preceding paragraphs as though fully set forth herein.

13. On or about March 19, 2024, Plaintiff was lawfully present as a paying business invitee at the Great Wolf Lodge resort and indoor water park located in Perryville, Maryland.

14. At all times relevant hereto, Defendants owned, operated, managed, maintained, supervised, and/or controlled the Great Wolf Lodge resort and indoor water park, including the Mountain Edge Raceway water slide attraction.

15. The Mountain Edge Raceway is a multi-lane, racing-style water slide attraction that requires riders to descend head-first in the prone position while grasping the handles of a foam racing mat. Riders are instructed to remain in that position throughout the ride.

16. At all times relevant hereto, Plaintiff used the Mountain Edge Raceway in accordance with the posted rider requirements and in the manner intended by Defendants.

17. Plaintiff entered Lane 2 of the Mountain Edge Raceway attraction and began her descent in accordance with the posted rider requirements.

18. While riding the attraction, Plaintiff remained in the required riding position and otherwise

used the attraction in a foreseeable and intended manner.

19. As Plaintiff traveled through the attraction, her head struck the upper interior portion of the slide, causing her neck to violently hyperextend and resulted in serious physical injuries.

20. Following the incident, Plaintiff experienced head pain, neck pain, dizziness, and other symptoms requiring medical evaluation and treatment. Plaintiff presented to the emergency department later that same day for evaluation of her injuries.

21. Plaintiff's injury is not the first on the Mountain Edge Raceway attraction.

22. Defendants had actual knowledge of prior guest(s) being injured in a similar fashion on the Mountain Edge Raceway attraction.

23. Despite Defendants' knowledge in this regard, Defendants did not ensure the safety of Plaintiff nor other guests, in willful, wanton, reckless, grossly negligent, and negligent disregard of the risk of injury to Plaintiff and others.

24. As a direct and proximate result of the incident, Plaintiff sustained serious and permanent injuries, incurred significant medical expenses, experienced physical pain, mental anguish, inconvenience, and loss of enjoyment of life, and will continue to suffer such damages into the future.

## CAUSE OF ACTION

## COUNT I

**Negligence**
**(*Against Defendants GWR Perryville and Great Lakes*)**

25. Plaintiff incorporates by reference the preceding paragraphs as though fully set forth herein.

26. At all times relevant hereto, Defendants owed Plaintiff, a business invitee, a duty to

exercise reasonable and ordinary care to maintain and operate the Great Wolf Lodge resort and indoor water park, including the Mountain Edge Raceway attraction, in a reasonably safe condition for its intended use.

27. Defendants owed Plaintiff a duty to use reasonable care to inspect, maintain, operate, supervise, and control the Mountain Edge Raceway attraction; to identify and correct dangerous conditions; to warn patrons of dangers of which Defendants knew or should have known through the exercise of reasonable care; and to otherwise protect patrons from unreasonable and foreseeable risks of harm.

28. Defendants breached their duties owed to Plaintiff by, *inter alia*:

a. Failing to maintain the Mountain Edge Raceway attraction in a reasonably safe condition;

b. Failing to properly inspect the Mountain Edge Raceway attraction;

c. Failing to properly operate the Mountain Edge Raceway attraction;

d. Failing to identify, correct, or eliminate dangerous conditions associated with the Mountain Edge Raceway attraction;

e. Failing to adequately warn Plaintiff of dangerous conditions associated with the Mountain Edge Raceway attraction;

f. Failing to adopt, implement, and enforce reasonable policies, procedures, and safety measures for the operation of the Mountain Edge Raceway attraction;

g. Failing to adequately monitor and supervise the operation of the Mountain Edge Raceway attraction;

h. Permitting the Mountain Edge Raceway attraction to remain in an unreasonably dangerous condition despite knowing, or in the exercise of reasonable care should have known, that it posed an unreasonable risk of injury to patrons using the attraction in its intended manner; and

i. Otherwise failing to exercise reasonable care under the circumstances.

29. As a direct and proximate result of Defendants' negligence, Plaintiff sustained serious,

painful, and permanent injuries; incurred medical, hospital, rehabilitation, and other related expenses; experienced physical pain, mental anguish, inconvenience, and loss of enjoyment of life; suffered lost wages and/or diminished earning capacity; and has sustained and will continue to sustain damages in the future.

WHEREFORE, Plaintiff demands judgment against Defendants and seeks damages in excess of seventy-five thousand dollars ($75,000) and all other available relief.

**RULE 20-201 CERTIFICATE**

I HEREBY CERTIFY that this filing does not contain any restricted information.

Respectfully Submitted,

**ANDREOZZI + FOOTE**

DATE: July 23, 2026

***/s/ Kylie E. Tejera***

Kylie Tejera, Esq., AIS No. 2211290222
Nathaniel Foote, Esq., AIS No. 2402231005
4503 N. Front Street,
Harrisburg, Pennsylvania 17110
T: (717) 525-9124 | F: (717) 525-9143
kylie@vca.law | nate@vca.law

*Attorneys for Plaintiff*

**IN THE CIRCUIT COURT OF MARYLAND**
**FOR CECIL COUNTY**

| | | |
|---|---|---|
| **NATASHA COLLOVA,** | * | |
| | * | |
| *Plaintiff,* | * | |
| | * | Case No. C-07-CV-26-000353 |
| v. | * | |
| | * | |
| **GREAT WOLF RESORTS, INC.,** ***et al.*****,** | * | |
| | * | |
| *Defendants.* | * | |

**JURY DEMAND**

**COMES NOW**, Plaintiff Natasha Collova, by and through counsel, Andreozzi + Foote, and requests that this case be tried with the assistance of a jury.

Respectfully Submitted,

**ANDREOZZI + FOOTE**

DATE: July 23, 2026

***/s/ Kylie E. Tejera***

Kylie Tejera, Esq., AIS No. 2211290222
Nathaniel Foote, Esq., AIS No. 2402231005
4503 N. Front Street,
Harrisburg, Pennsylvania 17110
T: (717) 525-9124 | F: (717) 525-9143
kylie@vca.law | nate@vca.law

*Attorneys for Plaintiff*