E-FILED; Cecil Circuit Court
Docket: 8/19/2026 1:32 PM; Submission: 8/19/2026 1:32 PM
Envelope: 27878773

**IN CIRCUIT COURT OF MARYLAND FOR CECIL COUNTY**

**NATASHA COLLOVA,**

***Plaintiff,***

**v.**

**GWR PERRYVILLE, LLC, *et al*.,**

***Defendants*.**

**Case No. C-07-CV-26-000353**

## STIPULATION OF PARTIAL DISMISSAL

It is hereby **STIPULATED** and **AGREED** that Defendants "Great Wolf Resorts, Inc.", "Great Wolf Lodge of Perryville" **only** are hereby **DISMISSED WITHOUT PREJUDICE** from this action.

ANDREOZZI & FOOTE

By: /s/ ***Kylie Tejera*** Dated: August 18, 2026
KYLIE TEJERA, ESQUIRE
*Attorney for Plaintiff*

O'HAGAN MEYER, PLLC

By: /s/ *Daniel Trujillo Esmeral* Dated: August 18, 2026
DANIEL TRUJILLO ESMERAL, ESQUIRE
*Attorney for Defendants*

Deficient per Rule 20-203(d). Unless corrected, not a valid pleading or paper

4203585_2