E-FILED; Cecil Circuit Court
Docket: 8/20/2026 10:49 AM; Submission: 8/20/2026 10:49 AM
Envelope: 27893058

**IN CIRCUIT COURT OF MARYLAND FOR CECIL COUNTY**

**NATASHA COLLOVA,**

***Plaintiff,***

**v.**

**GWR PERRYVILLE, LLC, *et al.*,**

***Defendants*.**

**Case No. C-07-CV-26-000353**

## STIPULATION OF PARTIAL DISMISSAL

It is hereby **STIPULATED** and **AGREED** that Defendants "Great Wolf Resorts, Inc.", "Great Wolf Lodge of Perryville" **only** are hereby **DISMISSED WITHOUT PREJUDICE** from this action.

ANDREOZZI & FOOTE

By: /s/ *Kylie Tejera* Dated: August 20, 2026

KYLIE TEJERA, ESQUIRE
Kylie Tejera, Esquire
Andreozzi & Foote
4503 N. Front Street
Harrisburg, PA 17110
kylie@vca.law
*Counsel for Plaintiff*

O'HAGAN MEYER, PLLC

By: /s/ *Daniel Trujillo Esmeral* Dated: August 20, 2026

DANIEL TRUJILLO ESMERAL, ESQUIRE
225 Reinekers Lane, Suite 300
Alexandria, VA 22314
Tel: (703) 775-8621
Fax: (804) 237-0250
DTrujillo@ohaganmeyer.com
*Counsel for Defendants, GWR Perryville, LLC and Great Lakes Services, LLC*