**CIRCUIT COURT FOR CECIL COUNTY, MARYLAND**
129 East Main Street, Elkton, Maryland, 21921
Main: 410-996-1021

NW
1PM
052
10/6/26

**To:** PROSLIDE TECHNOLOGY, INC.
SERVE: BMD ORL SERVICE LLC
301 EAST PINE STREET
SUITE 500
ORLANDO, FL 32801

**Case Number:** **C-07-CV-26-000353**

**NATASHA COLLOVA VS. GREAT WOLF RESORTS, INC., ET AL.**

Issue Date: 09/24/2026

# WRIT OF SUMMONS

You are summoned to file a written response by pleading or motion, within 60 days after service of this summons upon you, in this court, to the attached **COMPLAINT/JURY DEMAND, AMENDED COMPLAINT/JURY DEMAND, REDLINE VERSION, CIVIL- NON-DOMESTIC CASE INFORMATION REPORT** filed by:

NATASHA COLLOVA
951 Garibaldi Place
Township of Washington NJ 07676

**COURTESY FORMS ATTACHED: BLANK CIVIL -NON-DOMESTIC CASE INFORMATION REPORT, ANSWER & NOTICE OF RESTRICTED INFORMATION**

This summons is effective for service only if served within 60 days after the date it is issued.

Charlene M. Notarcola

Charlene M. Notarcola
Clerk of the Circuit Court

To the person summoned:
Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
Personal attendance in court on the day named is NOT required.
It is your responsibility to ensure that the court has your current and correct mailing address in order to receive subsequent filings and notice in this case.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued. If it is not served within the 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

Circuit Court for Cecil County

**Natasha Collova vs. Great Wolf Resorts, Inc., et al.** **Case Number: C-07-CV-26-000353**

## SHERIFF'S RETURN
**(please print)**

To: PROSLIDE TECHNOLOGY, INC.

____________________ ID# __________ of the ____________________
Serving Sheriff's Name

County Sheriff's office present to the court that I:

(1) Served ______________________________
Name of person served

on ____________________ at ______________________________
Date of service / Location of service

____________________ by ____________________ with the following:
Manner of service

- ☐ Summons issued 9/24/2026
- ☐ Counter-Complaint
- ☐ **Complaint/Jury Demand, Amended Complaint /Jury Demand**
- ☐ **Civil- Non-Domestic Case Information Report**
- ☐ Motions
- ☐ Financial Statement
- ☐ Petition and Show Cause Order
- ☐ Interrogatories
- ☐ Other: **Redline Version, Courtesy Forms**

(2) Was unable to serve because:

- ☐ Moved left no forwarding address
- ☐ No such address
- ☐ Address not in jurisdiction
- ☐ Other ____________________ Please specify

Sheriff fee: $ ☐ waived by

____________ ____________________
Date / Signature of serving Sheriff

Instructions to Sheriff's Office or Private Process Server:

1. This Summons is effective for service only if served within 60 days after the date issued. If it is not served within 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.
4. If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).

E-FILED; Cecil Circuit Court
Docket: 7/23/2026 4:59 PM; Submission: 7/23/2026 4:59 PM
Envelope: 27491839

| | | |
|---|---|---|
| **NATASHA COLLOVA,**<br>951 Garibaldi Place<br>Township of Washington, NJ 07676<br><br>*Plaintiff,*<br><br>v.<br><br>**GREAT WOLF RESORTS, INC.,**<br>350 N. Orleans Street<br>Chicago, IL 60654<br><br>**Serve:** Cogency Global, Inc.<br>1519 York Road<br>Lutherville, MD 21093<br><br>AND<br><br>**GREAT WOLF LODGE OF PERRYVILLE,**<br>1240 Chesapeake Overlook Parkway<br>Perryville, MD 21903<br><br>**Serve:** Cogency Global, Inc.<br>1519 York Road<br>Lutherville, MD 21093<br><br>AND<br><br>**GWR PERRYVILLE, LLC,**<br>1255 Fourier Drive<br>Suite 201<br>Madison, WI 53717<br><br>**Serve:** Cogency Global, Inc.<br>1519 York Road<br>Lutherville, MD 21093<br><br>AND | * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | IN THE<br><br>CIRCUIT COURT FOR<br><br>CECIL COUNTY,<br><br>MARYLAND<br><br><br>Case No. C-07-CV-26-000353 |

| | |
|---|---|
| **GREAT LAKES SERVICES, LLC,** | * |
| 350 N. Orleans Street | * |
| Suite 10000B | * |
| Chicago, IL 60654 | * |
| | * |
| **Serve:** Cogency Global, Inc. | * |
| 1519 York Road | * |
| Lutherville, MD 21093 | * |
| | * |
| *Defendants.* | * |

---

## COMPLAINT

**COMES NOW**, Plaintiff Natasha Collova, by and through counsel, Andreozzi + Foote, and files this suit against Defendant Great Wolf Resorts, Inc., Defendant Great Wolf Lodge of Perryville, Defendant GWR Perryville, LLC, and Defendant Great Lakes Services, LLC, (collectively, "Defendants") requesting a trial by jury, and respectfully alleges as follows:

## PRELIMINARY STATEMENT

1. This action arises from the negligence of Defendant Great Wolf Resorts, Inc. ("Great Wolf Resorts"), Defendant Great Wolf Lodge of Perryville ("Great Wolf Lodge of Perryville"), Defendant GWR Perryville, LLC ("GWR Perryville") and Defendant Great Lakes Services, LLC ("Great Lakes") in the ownership, operation, management, maintenance, supervision, and control of the Mountain Edge Raceway water slide attraction at the Great Wolf Lodge resort and indoor water park in Perryville, Maryland.

2. While lawfully using the attraction as intended on March 19, 2024, Plaintiff sustained serious and permanent injuries as a direct and proximate result of Defendants' negligence.

3. Plaintiff brings this action to recover all damages available under Maryland law resulting from Defendants' negligence.

## JURISDICTION AND VENUE

4. This Court has personal jurisdiction over Defendants pursuant to Md. Code Ann., Cts. & Jud. Proc. §§ 6-102(a) and 6-103(b).

5. This Court has subject matter jurisdiction over this action pursuant to Md. Code Ann., Cts. & Jud. Proc. § 1-501.

6. Venue is proper in the Circuit Court for Cecil County pursuant to Md. Code Ann., Cts. & Jud. Proc. § 6-201, as the cause of action arose out of tortious conduct occurring within this jurisdiction.

## PARTIES

7. Plaintiff is an adult individual and resident of the Township of Washington, New Jersey.

8. Great Wolf Resorts is a corporation organized and existing under the laws of the State of Delaware with its principal place of business in Chicago, Illinois. Upon information and belief, Great Wolf Resorts owns, operates, directs, controls, and/or exercises authority over the Great Wolf Lodge family of resorts, including the Great Wolf Lodge resort and indoor water park located in Perryville, Maryland, through its subsidiaries, affiliates, and related entities.

9. Great Wolf Lodge of Perryville is a business entity authorized to conduct business in the State of Maryland. At all times relevant hereto, Great Wolf Lodge of Perryville owned, operated, managed, maintained, supervised, and/or controlled the Great Wolf Lodge resort and indoor water park located at 1240 Chesapeake Overlook Parkway, Perryville, Maryland 21093, including the Mountain Edge Raceway water slide attraction.

10. GWR Perryville is a limited liability company authorized to conduct business in the State

of Maryland. At all times relevant hereto, GWR Perryville owned and/or operated the Great Wolf Lodge resort and indoor water park located at 1240 Chesapeake Overlook Parkway, Perryville, Maryland 21903.

11. Great Lakes is a limited liability company authorized to conduct business in the State of Maryland. At all times relevant hereto, Great Lakes oversaw, managed, directed, and/or exercised control over GWR Perryville and the Great Wolf Lodge resort and indoor water park located at 1240 Chesapeake Overlook Parkway, Perryville, Maryland 21903.

## FACTUAL ALLEGATIONS

12. Plaintiff incorporates by reference the preceding paragraphs as though fully set forth herein.

13. On or about March 19, 2024, Plaintiff was lawfully present as a paying business invitee at the Great Wolf Lodge resort and indoor water park located in Perryville, Maryland.

14. At all times relevant hereto, Defendants owned, operated, managed, maintained, supervised, and/or controlled the Great Wolf Lodge resort and indoor water park, including the Mountain Edge Raceway water slide attraction.

15. The Mountain Edge Raceway is a multi-lane, racing-style water slide attraction that requires riders to descend head-first in the prone position while grasping the handles of a foam racing mat. Riders are instructed to remain in that position throughout the ride.

16. At all times relevant hereto, Plaintiff used the Mountain Edge Raceway in accordance with the posted rider requirements and in the manner intended by Defendants.

17. Plaintiff entered Lane 2 of the Mountain Edge Raceway attraction and began her descent in accordance with the posted rider requirements.

18. While riding the attraction, Plaintiff remained in the required riding position and otherwise

used the attraction in a foreseeable and intended manner.

19. As Plaintiff traveled through the attraction, her head struck the upper interior portion of the slide, causing her neck to violently hyperextend and resulted in serious physical injuries.

20. Following the incident, Plaintiff experienced head pain, neck pain, dizziness, and other symptoms requiring medical evaluation and treatment. Plaintiff presented to the emergency department later that same day for evaluation of her injuries.

21. Plaintiff's injury is not the first on the Mountain Edge Raceway attraction.

22. Defendants had actual knowledge of prior guest(s) being injured in a similar fashion on the Mountain Edge Raceway attraction.

23. Despite Defendants' knowledge in this regard, Defendants did not ensure the safety of Plaintiff nor other guests, in willful, wanton, reckless, grossly negligent, and negligent disregard of the risk of injury to Plaintiff and others.

24. As a direct and proximate result of the incident, Plaintiff sustained serious and permanent injuries, incurred significant medical expenses, experienced physical pain, mental anguish, inconvenience, and loss of enjoyment of life, and will continue to suffer such damages into the future.

## CAUSE OF ACTION

## COUNT I

**Negligence**
**(*Against Defendants GWR Perryville and Great Lakes*)**

25. Plaintiff incorporates by reference the preceding paragraphs as though fully set forth herein.

26. At all times relevant hereto, Defendants owed Plaintiff, a business invitee, a duty to

exercise reasonable and ordinary care to maintain and operate the Great Wolf Lodge resort and indoor water park, including the Mountain Edge Raceway attraction, in a reasonably safe condition for its intended use.

27. Defendants owed Plaintiff a duty to use reasonable care to inspect, maintain, operate, supervise, and control the Mountain Edge Raceway attraction; to identify and correct dangerous conditions; to warn patrons of dangers of which Defendants knew or should have known through the exercise of reasonable care; and to otherwise protect patrons from unreasonable and foreseeable risks of harm.

28. Defendants breached their duties owed to Plaintiff by, *inter alia*:

a. Failing to maintain the Mountain Edge Raceway attraction in a reasonably safe condition;

b. Failing to properly inspect the Mountain Edge Raceway attraction;

c. Failing to properly operate the Mountain Edge Raceway attraction;

d. Failing to identify, correct, or eliminate dangerous conditions associated with the Mountain Edge Raceway attraction;

e. Failing to adequately warn Plaintiff of dangerous conditions associated with the Mountain Edge Raceway attraction;

f. Failing to adopt, implement, and enforce reasonable policies, procedures, and safety measures for the operation of the Mountain Edge Raceway attraction;

g. Failing to adequately monitor and supervise the operation of the Mountain Edge Raceway attraction;

h. Permitting the Mountain Edge Raceway attraction to remain in an unreasonably dangerous condition despite knowing, or in the exercise of reasonable care should have known, that it posed an unreasonable risk of injury to patrons using the attraction in its intended manner; and

i. Otherwise failing to exercise reasonable care under the circumstances.

29. As a direct and proximate result of Defendants' negligence, Plaintiff sustained serious,

painful, and permanent injuries; incurred medical, hospital, rehabilitation, and other related expenses; experienced physical pain, mental anguish, inconvenience, and loss of enjoyment of life; suffered lost wages and/or diminished earning capacity; and has sustained and will continue to sustain damages in the future.

WHEREFORE, Plaintiff demands judgment against Defendants and seeks damages in excess of seventy-five thousand dollars ($75,000) and all other available relief.

**RULE 20-201 CERTIFICATE**

I HEREBY CERTIFY that this filing does not contain any restricted information.

Respectfully Submitted,

ANDREOZZI + FOOTE

DATE: July 23, 2026

*/s/ Kylie E. Tejera*

Kylie Tejera, Esq., AIS No. 2211290222
Nathaniel Foote, Esq., AIS No. 2402231005
4503 N. Front Street,
Harrisburg, Pennsylvania 17110
T: (717) 525-9124 | F: (717) 525-9143
kylie@vca.law | nate@vca.law

*Attorneys for Plaintiff*

**IN THE CIRCUIT COURT OF MARYLAND**
**FOR CECIL COUNTY**

| | | |
|---|---|---|
| **NATASHA COLLOVA,** | * | |
| | * | |
| *Plaintiff,* | * | |
| | * | Case No. C-07-CV-26-000353 |
| v. | * | |
| | * | |
| **GREAT WOLF RESORTS, INC.,** ***et al.*****,** | * | |
| | * | |
| *Defendants.* | * | |

## JURY DEMAND

**COMES NOW**, Plaintiff Natasha Collova, by and through counsel, Andreozzi + Foote, and requests that this case be tried with the assistance of a jury.

Respectfully Submitted,

**ANDREOZZI + FOOTE**

DATE: July 23, 2026

*/s/ Kylie E. Tejera*
Kylie Tejera, Esq., AIS No. 2211290222
Nathaniel Foote, Esq., AIS No. 2402231005
4503 N. Front Street,
Harrisburg, Pennsylvania 17110
T: (717) 525-9124 | F: (717) 525-9143
kylie@vca.law | nate@vca.law

*Attorneys for Plaintiff*

E-FILED; Cecil Circuit Court
Docket: 7/28/2026 12:53 PM; Submission: 7/28/2026 12:53 PM
Envelope: 27546940

IN THE CIRCUIT COURT FOR Baltimore County (CC)
City/County

# CIVIL – NON-DOMESTIC CASE INFORMATION REPORT

## DIRECTIONS

***Plaintiff:*** This Information Report must be completed and attached to the complaint filed with the Clerk of Court unless your case is exempted from the requirement by the Chief Justice of the Supreme Court of Maryland pursuant to Rule 2-111(a).
***Defendant:*** You must file an Information Report as required by Rule 2-323(h).

***THIS INFORMATION REPORT CANNOT BE ACCEPTED AS A PLEADING***

**FORM FILED BY:** ☒ PLAINTIFF ☐ DEFENDANT    CASE NUMBER C-07-CV-26-000353 (Clerk to insert)

**CASE NAME:** Natasha Collova (Plaintiff) vs. Great Wolf Resorts, Inc. (Defendant)

PARTY'S NAME: ______ PHONE: ______

PARTY'S ADDRESS: ______

PARTY'S E-MAIL: ______

**If represented by an attorney:**

PARTY'S ATTORNEY'S NAME: Nathaniel L. Foote, Esq. PHONE: (717) 525-9124

PARTY'S ATTORNEY'S ADDRESS: 4503 N. Front Street, Harrisburg, PA 17110

PARTY'S ATTORNEY'S E-MAIL: nate@vca.law

**JURY DEMAND?** ☒ Yes ☐ No

**RELATED CASE PENDING?** ☐ Yes ☒ No If yes, Case #(s), if known: ______

**ANTICIPATED LENGTH OF TRIAL?:** ______ hours 5 ______ days

## PLEADING TYPE

**New Case:** ☒ Original ☐ Administrative Appeal ☐ Appeal

**Existing Case:** ☐ Post-Judgment ☐ Amendment

*If filing in an existing case,* skip Case Category/Subcategory section – go to Relief section.

## IF NEW CASE: CASE CATEGORY/SUBCATEGORY (*Check one box.*)

**TORTS**
- ☐ Asbestos
- ☐ Assault and Battery
- ☐ Business and Commercial
- ☐ Child Victims Act
- ☐ Conspiracy
- ☐ Conversion
- ☐ Defamation
- ☐ False Arrest/Imprisonment
- ☐ Fraud
- ☐ Lead Paint – DOB of Youngest Plt: ______
- ☐ Loss of Consortium
- ☐ Malicious Prosecution
- ☐ Malpractice-Medical
- ☐ Malpractice-Professional
- ☐ Misrepresentation
- ☐ Motor Tort
- ☒ Negligence
- ☐ Nuisance
- ☐ Premises Liability
- ☐ Product Liability
- ☐ Specific Performance
- ☐ Toxic Tort
- ☐ Trespass
- ☐ Wrongful Death

**CONTRACT**
- ☐ Asbestos
- ☐ Breach
- ☐ Business and Commercial
- ☐ Confessed Judgment (Cont'd)
- ☐ Construction
- ☐ Debt
- ☐ Fraud
- ☐ Government
- ☐ Insurance
- ☐ Product Liability

**PROPERTY**
- ☐ Adverse Possession
- ☐ Breach of Lease
- ☐ Detinue
- ☐ Distress/Distrain
- ☐ Ejectment
- ☐ Forcible Entry/Detainer
- ☐ Foreclosure
  - ☐ Commercial
  - ☐ Residential
  - ☐ Currency or Vehicle
  - ☐ Deed of Trust
  - ☐ Land Installments
  - ☐ Lien
  - ☐ Mortgage
  - ☐ Right of Redemption
  - ☐ Statement Condo
- ☐ Forfeiture of Property/ Personal Item
- ☐ Fraudulent Conveyance
- ☐ Landlord-Tenant
- ☐ Lis Pendens
- ☐ Mechanic's Lien
- ☐ Ownership
- ☐ Partition/Sale in Lieu
- ☐ Quiet Title
- ☐ Rent Escrow
- ☐ Return of Seized Property
- ☐ Right of Redemption
- ☐ Tenant Holding Over

**PUBLIC LAW**
- ☐ Attorney Grievance
- ☐ Bond Forfeiture Remission
- ☐ Civil Rights
- ☐ County/Mncpl Code/Ord
- ☐ Election Law
- ☐ Eminent Domain/Condemn.
- ☐ Environment
- ☐ Error Coram Nobis
- ☐ Habeas Corpus
- ☐ Mandamus
- ☐ Prisoner Rights
- ☐ Public Info. Act Records
- ☐ Quarantine/Isolation
- ☐ Writ of Certiorari

**EMPLOYMENT**
- ☐ ADA
- ☐ Conspiracy
- ☐ EEO/HR
- ☐ FLSA
- ☐ FMLA
- ☐ Worker's Compensation
- ☐ Wrongful Termination

**INDEPENDENT PROCEEDINGS**
- ☐ Assumption of Jurisdiction
- ☐ Authorized Sale
- ☐ Attorney Appointment
- ☐ Body Attachment Issuance
- ☐ Commission Issuance
- ☐ Constructive Trust
- ☐ Contempt
- ☐ Deposition Notice
- ☐ Dist Ct Mtn Appeal
- ☐ Financial
- ☐ Grand Jury/Petit Jury
- ☐ Miscellaneous
- ☐ Perpetuate Testimony/Evidence
- ☐ Prod. of Documents Req.
- ☐ Receivership
- ☐ Sentence Transfer
- ☐ Set Aside Deed
- ☐ Special Adm. – Atty
- ☐ Subpoena Issue/Quash
- ☐ Trust Established
- ☐ Trustee Substitution/Removal
- ☐ Witness Appearance-Compel

**PEACE ORDER**
- ☐ Peace Order

**EQUITY**
- ☐ Declaratory Judgment
- ☐ Equitable Relief
- ☐ Injunctive Relief
- ☐ Mandamus

**OTHER**
- ☐ Accounting
- ☐ Friendly Suit
- ☐ Grantor in Possession
- ☐ Maryland Insurance Administration
- ☐ Miscellaneous
- ☐ Specific Transaction
- ☐ Structured Settlements

## IF NEW OR EXISTING CASE: RELIEF (Check All that Apply)

- ☐ Abatement
- ☐ Administrative Action
- ☐ Appointment of Receiver
- ☐ Arbitration
- ☐ Asset Determination
- ☐ Attachment b/f Judgment
- ☐ Cease & Desist Order
- ☐ Condemn Bldg
- ☐ Contempt
- ☒ Court Costs/Fees
- ☒ Damages-Compensatory
- ☒ Damages-Punitive
- ☐ Earnings Withholding
- ☐ Enrollment
- ☐ Expungement
- ☐ Financial Exploitation
- ☐ Findings of Fact
- ☐ Foreclosure
- ☐ Injunction
- ☐ Judgment-Affidavit
- ☐ Judgment-Attorney Fees
- ☐ Judgment-Confessed
- ☐ Judgment-Consent
- ☐ Judgment-Declaratory
- ☐ Judgment-Default
- ☐ Judgment-Interest
- ☐ Judgment-Summary
- ☐ Liability
- ☐ Oral Examination
- ☐ Order
- ☐ Ownership of Property
- ☐ Partition of Property
- ☐ Peace Order
- ☐ Possession
- ☐ Production of Records
- ☐ Quarantine/Isolation Order
- ☐ Reinstatement of Employment
- ☐ Return of Property
- ☐ Sale of Property
- ☐ Specific Performance
- ☐ Writ-Error Coram Nobis
- ☐ Writ-Execution
- ☐ Writ-Garnish Property
- ☐ Writ-Garnish Wages
- ☐ Writ-Habeas Corpus
- ☐ Writ-Mandamus
- ☐ Writ-Possession

*If you indicated **Liability** above,* mark one of the following. This information is not an admission and may not be used for any purpose other than Track Assignment.

☐ Liability is conceded. ☒ Liability is not conceded, but is not seriously in dispute. ☐ Liability is seriously in dispute.

## MONETARY DAMAGES (Do not include Attorney's Fees, Interest, or Court Costs)

☐ Under $10,000 ☐ $10,000 - $30,000 ☐ $30,000 - $100,000 ☒ Over $100,000

☐ Medical Bills $______ ☐ Wage Loss $______ ☐ Property Damages $______

## ALTERNATIVE DISPUTE RESOLUTION INFORMATION

Is this case appropriate for referral to an ADR process under Md. Rule 17-101? (Check all that apply)

A. Mediation ☒ Yes ☐ No
B. Arbitration ☐ Yes ☒ No
C. Settlement Conference ☒ Yes ☐ No
D. Neutral Evaluation ☐ Yes ☐ No

## SPECIAL REQUIREMENTS

☐ If a Spoken Language Interpreter is needed, **check here and attach form CC-DC-041**

☐ If you require an accommodation for a disability under the Americans with Disabilities Act, **check here and attach form CC-DC-049**

## ESTIMATED LENGTH OF TRIAL

*With the exception of Baltimore County and Baltimore City, please fill in the estimated **LENGTH OF TRIAL.***

***(Case will be tracked accordingly)***

☐ 1/2 day of trial or less
☐ 1 day of trial time
☐ 2 days of trial time
☐ 3 days of trial time
☐ More than 3 days of trial time

## BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM

*For all jurisdictions, if Business and Technology track designation under Md. Rule 16-308 is requested, attach a duplicate copy of complaint and check one of the tracks below.*

☐ **Expedited** - Trial within 7 months of Defendant's response

☐ **Standard** - Trial within 18 months of Defendant's response

EMERGENCY RELIEF REQUESTED

**COMPLEX SCIENCE AND/OR TECHNOLOGICAL CASE MANAGEMENT PROGRAM (ASTAR)**

*FOR PURPOSES OF POSSIBLE SPECIAL ASSIGNMENT TO ASTAR RESOURCES JUDGES under Md. Rule 16-302, attach a duplicate copy of complaint and check whether assignment to an ASTAR is requested.*

☐ **Expedited** - Trial within 7 months of Defendant's response

☐ **Standard** - Trial within 18 months of Defendant's response

***IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE CITY OR BALTIMORE COUNTY, PLEASE FILL OUT THE APPROPRIATE BOX BELOW.***

**CIRCUIT COURT FOR BALTIMORE CITY (CHECK ONLY ONE)**

| | |
|---|---|
| ☐ Expedited | Trial 60 to 120 days from notice. Non-jury matters. |
| ☐ Civil-Short | Trial 210 days from first answer. |
| ☐ Civil-Standard | Trial 360 days from first answer. |
| ☐ Custom | Scheduling order entered by individual judge. |
| ☐ Asbestos | Special scheduling order. |
| ☐ Lead Paint | Fill in: Birth Date of youngest plaintiff ____________ . |
| ☐ Tax Sale Foreclosures | Special scheduling order. |
| ☐ Mortgage Foreclosures | No scheduling order. |

**CIRCUIT COURT FOR BALTIMORE COUNTY**

| | |
|---|---|
| ☐ Expedited (Trial Date-90 days) | Attachment Before Judgment, Declaratory Judgment (Simple), Administrative Appeals, District Court Appeals and Jury Trial Prayers, Guardianship, Injunction, Mandamus. |
| ☒ Standard (Trial Date-240 days) | Condemnation, Confessed Judgments (Vacated), Contract, Employment Related Cases, Fraud and Misrepresentation, International Tort, Motor Tort, Other Personal Injury, Workers' Compensation Cases. |
| ☐ Extended Standard (Trial Date-345 days) | Asbestos, Lender Liability, Professional Malpractice, Serious Motor Tort or Personal Injury Cases (medical expenses and wage loss of $100,000, expert and out-of-state witnesses (parties), and trial of five or more days), State Insolvency. |
| ☐ Complex (Trial Date-450 days) | Class Actions, Designated Toxic Tort, Major Construction Contracts, Major Product Liabilities, Other Complex Cases. |

7/28/2026
Date

s/ Nathaniel Foote, Esq. — 2402231005
Signature of Attorney/Party — Attorney Number

4503 N. Front Street
Street Address

Nathaniel L. Foote, Esq.
Printed Name

Harrisburg — PA — 17110
City — State — Zip Code

nate@vca.law
E-mail



Reset