**E-FILED; Cecil Circuit Court**
**Docket: 7/31/2026 8:08 PM; Submission: 7/31/2026 8:08 PM**
**Envelope: 27619487**

# RETURN OF SERVICE

**State of Maryland** **County of Cecil** **Circuit Court**

Case Number: C-07-CV-26-000353

Plaintiff:
**Natasha Collova**

vs.

Defendant:
**Great Wolf Resorts, Inc., et al.**

For:
Andreozzi & Foote
4503 North Front Street
Harrisburg, PA 17110

Received by Mark Hopson on the 28th day of July, 2026 at 4:23 pm to be served on **GWR Perryville, LLC, s/o Cogency Global, Inc., 1519 York Road, Lutherville Timonium, MD 21093**.

I, Mark Hopson, do hereby affirm that on the **29th day of July, 2026** at **12:25 pm, I:**

**SUBSTITUTE** served by delivering the **Writ of Summons Issued July 24, 2026, Civil Non-Domestic Case Information Report, Complaint and Jury Demand** to: **Nancy Hylind**, as Resident Agent and authorized to accept service for GWR Perryville, LLC, s/o Cogency Global, Inc., at the address of: **1519 York Road, Lutherville Timonium, MD 21093**.

**Description** of Person Served: Age: 63, Sex: F, Race/Skin Color: Caucasian, Height: 5'5", Weight: 120, Hair: Blonde, Glasses: N

I HEREBY CERTIFY that I am a competent person, eighteen years of age or older, and not a party to the above legal action. I SOLEMNLY AFFIRM under the penalties of perjury that through personal knowledge, the contents of the foregoing are true.

**Mark Hopson**
Independent Process Server

**De Novo Attorney Services, Inc.**
**info@denovoattorneyservices.com**
**610 Bosley Avenue, Suite 207**
**Baltimore, MD 21204**
**(800) 846-9696**

Our Job Serial Number: NOV-2026004273
Ref: C-07-CV-26-000353

Copyright © 1992-2026 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a