E-FILED; Cecil Circuit Court
Docket: 8/7/2026 4:39 PM; Submission: 8/7/2026 4:39 PM
Envelope: 27720775

# RETURN OF NON-SERVICE

**State of Maryland** **County of Cecil** **Circuit Court**

Case Number: C-07-CV-26-000353

Plaintiff:
**Natasha Collova**

vs.

Defendant:
**Great Wolf Resorts, Inc., et al.**

For:
Andreozzi & Foote
4503 North Front Street
Harrisburg, PA 17110

Received by Mark Hopson on the 28th day of July, 2026 at 4:23 pm to be served on **Great Wolf Lodge of Perryville, s/o Cogency Global, Inc., 1519 York Road, Lutherville Timonium, MD 21093.**

I, Mark Hopson, do hereby affirm that on the **29th day of July, 2026** at **12:25 pm, I:**

**NON-SERVED** the **Writ of Summons Issued July 24, 2026, Civil Non-Domestic Case Information Report, Complaint and Jury Demand** for the reason that I failed to serve **Great Wolf Lodge of Perryville, s/o Cogency Global, Inc.**. Read the comments below for further details.

**Additional Information pertaining to this Service:**
7/29/2026 12:25 pm Attempted service at 1519 York Road, Lutherville Timonium, MD 21093 Spoke with Nancy Hylind, she informed me that they are not currently the RA for, Great Wolf Lodge of Perryville. Attempt location: (39.4219,-76.6167) accuracy 4 m.

I HEREBY CERTIFY that I am a competent person, eighteen years of age or older, and not a party to the above legal action. I SOLEMNLY AFFIRM under the penalties of perjury that through personal knowledge, the contents of the foregoing are true.

**Mark Hopson**
Independent Process Server

**De Novo Attorney Services, Inc.**
**info@denovoattorneyservices.com**
**610 Bosley Avenue, Suite 207**
**Baltimore, MD 21204**
**(800) 846-9696**

Our Job Serial Number: NOV-2026004272
Ref: C-07-CV-26-000353

Copyright © 1992-2026 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a