E-FILED; Cecil Circuit Court
Docket: 8/10/2026 10:59 AM; Submission: 8/10/2026 10:59 AM
Envelope: 27730757

| | | |
|---|---|---|
| **NATASHA COLLOVA** | * | IN THE CIRCUIT COURT FOR |
| | * | **CECIL COUNTY**, MARYLAND |
| Plaintiff, | * | |
| vs. | * | |
| | * | |
| **GREAT WOLF RESORTS, INC., et al.** | * | Case No. **C-07-CV-26-000353** |
| | * | |
| Defendants. | * | |
| | * | |
| | * | |
| | * | |
| | * | |

**REQUEST TO REISSUE WRIT OF SUMMONS (Md. Rule 2-113)**

I, Nathaniel L. Foote, Esq., representing Plaintiff Natasha Collova, request to reissue the Writ of Summons for the Great Wolf Resorts, Inc., to be served by private process server to the following address:

Great Wolf Resorts, Inc.
Cogency Global Inc.
111 W Washington St., Suite 1447
Chicago, IL 60602

DATE: August 10, 2026.

Respectfully Submitted,

*/s/ Nathaniel L. Foote*
Nathaniel Foote, Esq. (CPF# 2402231005)
Kylie Tejera, Esq. (CPF#2211290222)
Andreozzi + Foote
4503 N. Front St., Harrisburg, PA 17110
(t) (717) 525-9124 | (f) (717) 525-9143
nate@vca.law
kylie@vca.law
*Attorneys for Plaintiff*