E-FILED; Cecil Circuit Court
Docket: 8/10/2026 11:36 AM; Submission: 8/10/2026 11:36 AM
Envelope: 27732240

| | | |
|---|---|---|
| **NATASHA COLLOVA** | * | IN THE CIRCUIT COURT FOR |
| | * | **CECIL COUNTY**, MARYLAND |
| Plaintiff, | * | |
| vs. | * | |
| | * | |
| **GREAT WOLD RESORTS, INC., et al.** | * | Case No. **C-07-CV-26-000353** |
| | * | |
| Defendants. | * | |
| | * | |
| | * | |
| | * | |
| | * | |

**REQUEST TO REISSUE WRIT OF SUMMONS (Md. Rule 2-113)**

I, Nathaniel L. Foote, Esq., representing Plaintiff **Natasha Collova**, request to reissue the Writ of Summons for the Grear Wolf Lodge of Perryville, to be served by private process server to the following address:

The Corporation Trust Incorporated
2405 York Rd., Suite 201
Lutherville Timonium, MD 21093

DATE: August 10, 2026

Respectfully Submitted,

*/s/ Nathaniel L. Foote*
Nathaniel Foote, Esq. (CPF# 2402231005)
Kylie Tejera, Esq. (CPF#2211290222)
Andreozzi + Foote
4503 N. Front St., Harrisburg, PA 17110
(t) (717) 525-9124 | (f) (717) 525-9143
nate@vca.law
kylie@vca.law
*Attorneys for Plaintiff*