E-FILED; Cecil Circuit Court
Docket: 8/19/2026 1:32 PM; Submission: 8/19/2026 1:32 PM
Envelope: 27878773

**IN CIRCUIT COURT OF MARYLAND FOR CECIL COUNTY**

| | | |
|---|---|---|
| **NATASHA COLLOVA,**<br><br>*Plaintiff,*<br>**v.**<br><br>**GWR PERRYVILLE, LLC, *et al.*,**<br><br>*Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Case No. C-07-CV-26-000353** |

**STIPULATION OF PARTIAL DISMISSAL**

It is hereby **STIPULATED** and **AGREED** that Defendants "Great Wolf Resorts, Inc.", "Great Wolf Lodge of Perryville" **only** are hereby **DISMISSED WITHOUT PREJUDICE** from this action.

ANDREOZZI & FOOTE

By: /s/ Kylie Tejera
KYLIE TEJERA, ESQUIRE
*Attorney for Plaintiff*

Dated: August 18, 2026

O'HAGAN MEYER, PLLC

By: /s/ Daniel Trujillo Esmeral
DANIEL TRUJILLO ESMERAL, ESQUIRE
*Attorney for Defendants*

Dated: August 18, 2026

Deficient per Rule 20-203(d). Unless corrected, not a valid pleading or paper