E-FILED; Cecil Circuit Court
Docket: 8/19/2026 1:44 PM; Submission: 8/19/2026 1:44 PM
Envelope: 27878993

**IN THE CIRCUIT COURT OF MARYLAND**
**IN AND FOR CECIL COUNTY**

| | | |
|---|---|---|
| NATHASHA COLLOVA, | : | |
| Plaintiff, | : | |
| Vs. | : | Civil Case No. C-07-CV-26-000353 |
| GWR PERRYVILLE LLC, *et al.*, | : | |
| Defendants. | : | |

**NOTICE OF ENTRY OF APPEARANCE**

TO THE CLERK OF COURT:

Please **enter** the appearance of Daniel Trujillo Esmeral, Esq. of O'Hagan Meyer, PLLC as counsel for Defendants Great Wolf Resorts, Inc., Great Wolf Lodge of Perryville and GWR Perryville LLC and Great Lakes Services, LLC in the above-captioned case.

Respectfully submitted,

*/s/ Daniel Trujillo Esmeral*

Daniel Trujillo Esmeral (AIS # 1912180185)
O'HAGAN MEYER, PLLC
225 Reinekers Lane, Suite 300
Alexandria, VA 22314
Telephone: (703) 775-8621
Facsimile: (804) 237-0250
Email: dtrujillo@ohaganmeyer.com

*Counsel for Defendants*

**RULE 1-313 CERTIFICATION**

Undersigned counsel hereby certifies that she is admitted to practice law in the State of Maryland.

*/s/ Daniel Trujillo Esmeral*
Daniel Trujillo Esmeral

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of August 2026, a copy of the foregoing was filed and served by first-class mail, postage prepaid and via electronic mail, upon the following:

Kylie Tejera, Esquire
Andreozzi & Foote
4503 N. Front Street
Harrisburg, PA 17110
kylie@vca.com

*Counsel for Plaintiff*

*/s/ Daniel Trujillo Esmeral*
Daniel Trujillo Esmeral