E-FILED; Cecil Circuit Court
Docket: 8/19/2026 1:47 PM; Submission: 8/19/2026 1:47 PM
Envelope: 27879154

**IN CIRCUIT COURT OF MARYLAND FOR CECIL COUNTY**

| | | |
|---|---|---|
| **NATASHA COLLOVA,** | ) | |
| *Plaintiff,* | ) | |
| v. | ) | **Case No. C-07-CV-26-000353** |
| **GWR PERRYVILLE, LLC, *et al.*,** | ) | |
| *Defendants.* | ) | |

**MOTION FOR SPECIAL ADMISSION OF OUT-OF-STATE ATTORNEY UNDER RULE 19-214**

I, Daniel Trujillo Esmeral, attorney of record in this case, move that the Court admit Heather M. Eichenbaum, Esquire of Spector Gadon Rosen Vinci P.C., One Logan Square, 130 N. 18th Street, Suite 1800, Philadelphia, Pennsylvania 19103, an out-of-state attorney who is a member in Good Standing of the Bars of Pennsylvania, New Jersey, and New York, as well as several Federal District and Circuit Courts, for the limited purpose of appearing and participating in the above-captioned case as co-counsel with me.

The $100.00 fee required by Code, Courts and Judicial Proceedings Articles, §7-702 (e) is being paid with this filing.

I [x] do [ ] do not request that my presence be waived under Rule 19-214(d).

*/s/ Daniel Trujillo Esmeral*

Daniel Trujillo Esmeral, Esq. (AIS #: 1912180185)
O'HAGAN MEYER, PLLC
225 Reinekers Lane, Suite 300
Alexandria, VA 22314
Tel: (703) 775-8621
Fax: (804) 237-0250
DTrujillo@ohaganmeyer.com
*Counsel for Defendants, GWR Perryville, LLC and Great Lakes Services, LLC*

**IN CIRCUIT COURT OF MARYLAND FOR CECIL COUNTY**

| | |
|---|---|
| **NATASHA COLLOVA,**<br><br>*Plaintiff,*<br>**v.**<br><br>**GWR PERRYVILLE, LLC, *et al.*,**<br><br>*Defendants.* | **Case No. C-07-CV-26-000353** |

## CERTIFICATE AS TO SPECIAL ADMISSIONS

I, Heather M. Eichenbaum, certify on this 18th day of August 2026, that during the preceding five (5) years, I have been specially admitted in the State of Maryland one (1) time.

SPECTOR GADON ROSEN VINCI P.C.

Heather M. Eichenbaum, Esquire
Spector Gadon Rosen Vinci P.C.
One Logan Square
130 N. 18th Street, Suite 1800
Philadelphia, PA 19103
Direct Telephone: (215) 241-8856
Direct Facsimile: (215) 531-9129
Email: *heichenbaum@sgrvlaw.com*

**IN CIRCUIT COURT OF MARYLAND FOR CECIL COUNTY**

| | | |
|---|---|---|
| **NATASHA COLLOVA,**<br><br>*Plaintiff,*<br>v.<br><br>**GWR PERRYVILLE, LLC, *et al.*,**<br><br>*Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Case No. C-07-CV-26-000353** |

**SUPPLEMENTAL CERTIFICATATION AS TO SPECIAL ADMISSIONS**

I, Heather M. Eichenbaum, certify on this 18th day of August 2026, as follows:

1. I submit this Certification in support of my Motion for Special Admission in the above-captioned action on behalf of Defendants GWR Perryville, LLC ("GWR Perryville") and Great Lakes Servies, LLC ("Great Lakes")(hereinafter collectively "the Defendants").

2. I am a member in good standing of the highest courts of the Commonwealth of Pennsylvania and the State of New Jersey since 1996 and the highest court of the State of New York since 2016, and I am also a member in good standing of numerous United States District and Circuit Courts.

3. I am in the process of completing my application for full admission to the Bar of the State of Maryland and anticipate submitting same in the near future.

4. There are no disciplinary complaints pending against me for violation of the rules, or on nay other grounds, in any of the aforementioned Courts of which I am a member.

5. No disciplinary proceedings or criminal charges of any kind have ever been instituted against me in any venue in which I am licensed or in which I have been admitted and practiced *pro hac vice.*

6. If the Court grants my Special Admission in the above-captioned matter, with reference to all matters, incidents, or proceedings, I agree that I shall be subject to the orders, and be amenable to disciplinary action in a civil jurisdiction of the Court, in all respects as if I were regularly admitted and a licensed member of the Bar of this Court in good standing.

7. I have not been suspended or disbarred for disciplinary reasons from practice in any Court at any time.

8. I am a Member and Executive Committee Member of the law firm Spector Gadon Rosen Vinci P.C., which Firm I have been employed with as an attorney since 1997.

9. I am solely responsible for handling matters involving the Defendants and their associated entities in a number of jurisdictions in the United States, including Pennsylvania and New Jersey, since approximately 1998. My field of concentration is litigation, and particularly the representation of waterparks, amusement parks, and other hospitality, sports, and recreation facilities, and the Defendants have requested my Special Admission and active involvement in this case.

10. I will immediately notify the Court of any matter affecting my standing at the bar of any other court.

11. I agree to abide by all rules governing this Court, including all disciplinary rules.

I certify that the foregoing statements made by me are true and I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

SPECTOR GADON ROSEN VINCI P.C.

Heather M. Eichenbaum, Esquire
One Logan Square
130 N. 18th Street, Suite 1800
Philadelphia, PA 19103
Direct Telephone: (215) 241-8856
Direct Facsimile: (215) 531-9129
Email: *heichenbaum@sgrvlaw.com*

**IN CIRCUIT COURT OF MARYLAND FOR CECIL COUNTY**

| | | |
|---|---|---|
| **NATASHA COLLOVA,**<br><br>**Plaintiff,**<br>**v.**<br><br>**GWR PERRYVILLE, LLC,** ***et al.*****,**<br><br>**Defendants.** | ) ) ) ) ) ) ) ) ) | **Case No. C-07-CV-26-000353** |

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the Motion for Special Admission of Out-of-State Attorney Under Rule 19-214 was filed with the Court, and mailed first-class mail, postage prepaid, and emailed, on August 19, 2026, to:

Kylie Tejera, Esquire
Andreozzi & Foote
4503 N. Front Street
Harrisburg, PA 17110
kylie@vca.com
*Counsel for Plaintiff*

*/s/ Daniel Trujillo Esmeral*
Daniel Trujillo Esmeral

4200822_1