E-FILED; Cecil Circuit Court
Docket: 8/19/2026 1:47 PM; Submission: 8/19/2026 1:47 PM
Envelope: 27879154

**IN CIRCUIT COURT OF MARYLAND FOR CECIL COUNTY**

| | | |
|---|---|---|
| **NATASHA COLLOVA,**<br>*Plaintiff,*<br>v.<br>**GWR PERRYVILLE, LLC, *et al.*,**<br>*Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Case No. C-07-CV-26-000353** |

**ORDER**

It is this 14th day of September 2026, by the Circuit Court for Cecil County, Maryland, ORDERED that:

Heather M. Eichenbaum, Esquire
Spector Gadon Rosen Vinci P.C.
One Logan Square
130 N. 18th Street, Suite 1800
Philadelphia, PA 19103
Direct Telephone: (215) 241-8856
Direct Facsimile: (215) 531-9129
Email: *heichenbaum@sgrvlaw.com*

is admitted specially for the limited purpose of appearing and participating in the above-captioned case as co-counsel for Defendants GWR Perryville, LLC and Great Lakes Services, LLC.

The presence of the Maryland attorney [x] is [ ] is not waived.

The Special Admission of Heather M. Eichenbaum, Esquire is GRANTED.

Judge, Cecil County Circuit Court

**09/14/2026 11:36:24 AM**

Daniel Trujillo Esmeral, Esq. (AIS #: 1912180185)
O'Hagan Meyer, PLLC
225 Reinekers Lane, Suite 300
Alexandria, VA 22314
Tel: (703) 775-8621
Fax: (804) 237-0250
DTrujillo@ohaganmeyer.com
*Counsel for Defendants*

Entered: Clerk, Circuit Court for
Cecil County, MD
September 14, 2026

**E-served to: Nathaniel Foote, Esq, Kylie Tejera, Esq., Daniel Trujillo Esmeral, Esq., Mailed to: Heather Eichenbaum, Esq., Mailed to: Michael Sallustio 9/14/2026**