**IN CIRCUIT COURT OF MARYLAND FOR CECIL COUNTY**

| | | |
|---|---|---|
| **NATASHA COLLOVA,** | ) | |
| ***Plaintiff,*** | ) | **Case No. C-07-CV-26-000353** |
| **v.** | ) | |
| **GWR PERRYVILLE, LLC, *et al*.,** | ) | |
| ***Defendants*.** | ) | |

**DEMAND FOR JURY TRIAL**

COME NOW the Defendants GWR Perryville, LLC ("GWR") and Great Lakes Services, LLC ("Great Lakes"), by and through counsel, O'HAGAN MEYER, PLLC, and pursuant to Maryland Rule 2-504.3 hereby each demand a trial by jury on all issues and counts raised herein.

Dated: October 6, 2026

Respectfully submitted,

*/s/ Daniel Trujillo Esmeral*

Daniel Trujillo Esmeral (AIS # 1912180185)
O'Hagan Meyer, PLLC
225 Reinekers Lane, Suite 300
Alexandria, VA 22314
Telephone: (703) 775-8621
Facsimile: (804) 237-0250
Email: dtrujillo@ohaganmeyer.com

Heather Eichenbaum
*Specially Admitted* (AIS # 2606291004)
Spector Gadon Rosen Vinci P.C.
One Logan Square, Suite 1800
130 N. 18th Street
Philadelphia, PA 19103
Telephone: (215) 241-8856
Facsimile: (215) 531-9129
Email: heichenbaum@sgrvlaw.com

*Counsel for GWR Perryville, LLC and Great Lakes Services, LLC*