**IN CIRCUIT COURT OF MARYLAND FOR CECIL COUNTY**

| | | |
|---|---|---|
| **NATASHA COLLOVA,** | **)** | |
| ***Plaintiff,*** | **)** | **Case No. C-07-CV-26-000353** |
| **v.** | **)** | |
| **GWR PERRYVILLE, LLC, *et al*.,** | **)** | |
| ***Defendants*.** | **)** | |

**NOTICE OF APPEARANCE PURSUANT TO MARYLAND RULE 2-131**

Pursuant to Maryland Rule 2-131, please enter the appearances of Daniel Trujillo Esmeral, Esquire of O'Hagan Meyer, PLLC and Heather M. Eichenbaum, Esquire of Spector Gadon Rosen Vinci P.C. on behalf of Defendants GWR Perryville, LLC and Great Lakes Services, LLC, in the above-captioned action.

Dated: October 6, 2026

Respectfully submitted,

*/s/ Daniel Trujillo Esmeral*
Daniel Trujillo Esmeral (AIS # 1912180185)
O'Hagan Meyer, PLLC
225 Reinekers Lane, Suite 300
Alexandria, VA 22314
Telephone: (703) 775-8621
Facsimile: (804) 237-0250
Email: dtrujillo@ohaganmeyer.com

Heather Eichenbaum
*Specially Admitted* (AIS # 2606291004)
Spector Gadon Rosen Vinci P.C.
One Logan Square, Suite 1800
130 N. 18th Street
Philadelphia, PA 19103
Telephone: (215) 241-8856
Facsimile: (215) 531-9129
Email: heichenbaum@sgrvlaw.com