**IN CIRCUIT COURT OF MARYLAND FOR CECIL COUNTY**

| | | |
|---|---|---|
| **NATASHA COLLOVA,** | ) | |
| ***Plaintiff*,** | ) | **Case No. C-07-CV-26-000353** |
| **v.** | ) | |
| **GWR PERRYVILLE, LLC, *et al*.,** | ) | |
| ***Defendants*.** | ) | |

**<u>RULE 1-313 CERTIFICATION OF ATTORNEY WITH OUT-OF-STATE OFFICE</u>**

Undersigned counsel hereby certify that they are Admitted and Specially Admitted (<u>PENDING</u>) to practice law in the State of Maryland.

Dated: October 6, 2026

Respectfully submitted,

*<u>/s/ Daniel Trujillo Esmeral</u>*

Daniel Trujillo Esmeral (AIS # 1912180185)
O'Hagan Meyer, PLLC
225 Reinekers Lane, Suite 300
Alexandria, VA 22314
Telephone: (703) 775-8621
Facsimile: (804) 237-0250
Email: <u>dtrujillo@ohaganmeyer.com</u>

Heather Eichenbaum
*Specially Admitted* (AIS # 2606291004)
Spector Gadon Rosen Vinci P.C.
One Logan Square, Suite 1800
130 N. 18th Street
Philadelphia, PA 19103
Telephone: (215) 241-8856
Facsimile: (215) 531-9129
Email: <u>heichenbaum@sgrvlaw.com</u>

*Counsel for GWR Perryville, LLC and Great Lakes Services, LLC*

**IN CIRCUIT COURT OF MARYLAND FOR CECIL COUNTY**

| | | |
|---|---|---|
| **NATASHA COLLOVA,** | ) | |
| ***Plaintiff,*** | ) | **Case No. C-07-CV-26-000353** |
| **v.** | ) | |
| **GWR PERRYVILLE, LLC, *et al.*,** | ) | |
| ***Defendants*.** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2026, true copies of the foregoing were filed and served via MDEC and via electronic mail on:

Kylie Tejera, Esquire
Andreozzi & Foote
4503 N. Front Street
Harrisburg, PA 17110
kylie@vca.com
*Counsel for Plaintiff*

*/s/ Daniel Trujillo Esmeral*
Daniel Trujillo Esmeral, Esq.