E-FILED; Cecil Circuit Court
Docket: 10/6/2026 3:09 PM; Submission: 10/6/2026 3:09 PM
Envelope: 28589641

**IN CIRCUIT COURT OF MARYLAND FOR CECIL COUNTY**

| | |
|---|---|
| **NATASHA COLLOVA,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**GREAT WOLF RESORTS, INC., *et al.*,**<br><br>**Defendants.** | **Case No. C-07-CV-26-000353** |

**DEFENDANT GWR PERRYVILLE LLC'S MOTION TO REVOKE ORDER FOR ALTERNATIVE DISPUTE RESOLUTION (ADR)**

Defendant GWR Perryville, LLC ("GWR"), by and through undersigned counsel, files this motion pursuant to Md. Rule 17-202(f), objecting to the Court's Order for Alternative Dispute Resolution (the "Order for ADR"), and requesting that the Court revoke the Order for ADR and strike any dates or obligations associated with court-ordered mediation. In support thereof, GWR states as follows:

1. This case involves allegations of negligence arising out of Plaintiff Natasha Collova's use of the Mountain Edge Raceway water slide attraction at the Great Wolf Lodge resort and indoor water park in Perryville, Maryland, on or about March 19, 2024.

2. On September 9, 2026, this Court entered an Order for ADR requiring the parties to participate in mediation on or before April 5, 2027, referring the matter to mediator Michael Sallustio, and directing counsel to contact the mediator on or before September 21, 2026.

3. GWR respectfully objects to the Order for ADR and the fee-required mediation referral.

4. Should the parties decide to engage in mediation, GWR prefers that any mediation occur privately with a mediator selected by mutual agreement of the parties.

5. Under Maryland Rule 2-504, the Court is empowered to issue scheduling orders and scheduling conferences in all civil actions. This Rule also empowers the Court to order parties to participate in Alternative Dispute Resolution ("ADR") under Rule 2-504.1(e), which in turn requires compliance with Rule 9-205 (child custody and visitation) or Rule 17-201. See Rules 2-504(b)(2)(C), 2-504.1(e). Rule 17-201 requires an order for ADR to comply with Title 17 of the Rules, governing ADR.

6. Maryland Rule 17-202(f) provides that a party, within 30 days after entry of a fee-required mediation order, may file an objection to the referral. It further provides that "If a party timely objects to a referral, the court shall revoke its order." *See* Rule 17-202(f)(5); *see also* Rule 17-202(b)(2).

7. This Motion is being made timely, as it is being made within thirty (30) days of the Order for ADR.

WHEREFORE, for the foregoing reasons, Defendant GWR Perryville, LLC respectfully requests that this Court enter an Order revoking the Court's Order for ADR and striking any associated mediation dates, deadlines, and obligations.

Dated: October 6, 2026

Respectfully submitted,

*/s/ Daniel Trujillo Esmeral*

Daniel Trujillo Esmeral (AIS # 1912180185)
O'Hagan Meyer, PLLC
225 Reinekers Lane, Suite 300
Alexandria, VA 22314
Telephone: (703) 775-8621
Facsimile: (804) 237-0250
Email: dtrujillo@ohaganmeyer.com

Heather Eichenbaum
Spector Gadon Rosen Vinci P.C.
*Specially Admitted* (AIS # 2606291004)
One Logan Square, Suite 1800

130 N. 18th Street
Philadelphia, PA 19103
Telephone: (215) 241-8856
Facsimile: (215) 531-9129
Email: heichenbaum@sgrvlaw.com

*Counsel for GWR Perryville, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this October 6, 2026 a copy of the foregoing was filed and served by MDEC upon counsel of record, including counsel for Plaintiff identified below:

Kylie E. Tejera, Esquire
Nathaniel L. Foote, Esquire
Andreozzi + Foote
4503 N. Front Street
Harrisburg, PA 17110
kylie@vca.law
nate@vca.law

*Counsel for Plaintiff*

*/s/ Daniel Trujillo Esmeral*
Daniel Trujillo Esmeral