**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| NATASHA COLLOVA | * | |
| *Plaintiff,* | * | |
| v. | * | Case No.: 1:26-cv-4731-ELH_ |
| GWR PERRYVILLE, LLC, *et al.*, | * | |
| *Defendants.* | * | |

* * * * * * * * * * *

# DISCLOSURE OF CORPORATE INTERESTS

COMES NOW Defendant, PROSLIDE TECHNOLOGY, INC., by and through its attorneys, Chartwell Law LLP., and pursuant to Federal Rule of Civil Procedure 7.1, discloses the following corporate interests:

1. Parent company of the corporation:

   PS Attractions, Inc.

2. Publicly held companies that own 10% or more of the corporation's stock:

   None.

Dated: November 13, 2026

Respectfully Submitted,

/s/ *Michael A. Cuches*

Michael A. Cuches (Bar #: 13895)
CHARTWELL LAW LLP
One Park Place, Suite 425
Annapolis, Maryland 21401
Tel: (443) 443-8499
Fax: (443) 720-6934
Email: mcuches@chartwelllaw.com
*Counsel for Defendant ProSlide Technology, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 13th day of November, 2026, a copy of the foregoing ProSlide Technology, Inc.'s Corporate Disclosure was sent via First-Class mail, postage prepaid, to:

Kylie Tejera, Esquire
Nathaniel Foote, Esquire
Andreozzi + Foote
4503 N. Front Street
Harrisburg, Pennsylvania 17110
*Counsel for Plaintiff Natasha Collova*

Daniel Trujillo Esmeral
O'Hagan Meyer, PLLC
225 Reinekers Lane, Suite 300
Alexandria, VA 22314
*Counsel for GWR Perryville, LLC*
*and Great Lakes Services, LLC*

Heather Eichenbaum (*Special Admission pending*)
Spector Gadon Rosen Vinci P.C.
One Logan Square, Suite 1800
130 N. 18th Street
Philadelphia, PA 19103
*Counsel for GWR Perryville, LLC*
*and Great Lakes Services, LLC*

*/s/ Michael A. Cuches*
Michael A. Cuches, Esquire