**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| NATASHA COLLOVA | * | |
| *Plaintiff,* | * | |
| v. | * | Case No.: 1:26-cv-4731-ELH |
| GWR PERRYVILLE, LLC, *et al.*, | * | |
| *Defendants*. | * | |

* * * * * * * * * * *

**CERTIFICATE OF CITIZENSHIP**

COMES NOW Defendant, PROSLIDE TECHNOLOGY, INC., by and through its attorneys, Chartwell Law LLP, and pursuant to Federal Rule of Civil Procedure 7.1(a)(2), discloses that it is a Canadian corporation with its principal address being:

ProSlide Technology, Inc.
150 - 2650 Queensview Drive
Ottawa, Ontario K2B 8H6 Canada

Dated: November 13, 2026

Respectfully Submitted,

/s/ *Michael A. Cuches*

Michael A. Cuches (Bar #: 13895)
CHARTWELL LAW LLP
One Park Place, Suite 425
Annapolis, Maryland 21401
Tel: (443) 443-8499
Fax: (443) 720-6934
Email: mcuches@chartwelllaw.com
*Counsel for Defendant ProSlide Technology, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 13th day of November, 2026, a copy of the foregoing ProSlide Technology, Inc.'s Certificate of Citizenship was sent via First-Class mail, postage prepaid, to:

Kylie Tejera, Esquire
Nathaniel Foote, Esquire
Andreozzi + Foote
4503 N. Front Street
Harrisburg, Pennsylvania 17110
*Counsel for Plaintiff Natasha Collova*

Daniel Trujillo Esmeral
O'Hagan Meyer, PLLC
225 Reinekers Lane, Suite 300
Alexandria, VA 22314
*Counsel for GWR Perryville, LLC*
*and Great Lakes Services, LLC*

Heather Eichenbaum (*Special Admission pending*)
Spector Gadon Rosen Vinci P.C.
One Logan Square, Suite 1800
130 N. 18th Street
Philadelphia, PA 19103
*Counsel for GWR Perryville, LLC*
*and Great Lakes Services, LLC*

*/s/ Michael A. Cuches* ____________
Michael A. Cuches, Esquire